MINUTE ENTRY
CURRAULT, M.J.
OCTOBER 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 24-222 |
| IECI & ASSOCIATES LLC | SECTION: A |

**CRIMINAL ARRAIGNMENT**

APPEARANCES:  X   DEFENDANT THROUGH RANDY A. FARRELL SR, *corporate representative*
              X   COUNSEL FOR DEFENDANT       RICHARD T. SIMMONS – *retained*
              X   ASSISTANT U.S. ATTORNEY     NICHOLAS MOSES
              ___ INTERPRETER                 _____ SWORN
                  (TIME:         .M  to         .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE INDICTMENT: READ  WAIVED  (SUMMARIZED)

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

__/ OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **DECEMBER 5, 2024 AT 11:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C ZAINEY**

 X / TRIAL: **DECEMBER 16, 2024 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C ZAINEY**

MJSTAR: 00: 12